# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP 29 AM 7:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Carmen Leonor Alicea, et. al
_____
Plaintiff(s)

vs.                                    Civil No. 97-1158 (SEC)

Dr. Pedro L. Parrilla Padilla, et al.
_____
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 11/24/98   DOCKET: 39   TITLE: Motion for Leave of Court to File Reply

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED                        [ ] DENIED

[ ] NOTED                          [ ] MOOT

## ADDITIONAL COMMENTS:

The Clerk of the Court shall file plaintiffs' tendered reply brief.

(4)

9/28/99
_____                    _____
DATE                              for: SALVADOR E. CASELLAS
                                  U.S. DISTRICT JUDGE