IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: May 10, 2000

CARMEN ALICEA, et al              *
                                  *
    Plaintiffs                    *
                                  *
vs.                               *    CIVIL NO. 97-1158 (SEC)
                                  *
PEDRO PARRILLA-PADILLA, et al     *
                                  *
    Defendants                    *
                                  *
******************************

    By Order of the Court, **a Status Conference** is hereby set for **May 16, 2000 at 10:00 a.m.**

    This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk

s/c  Francisco Agrait Oliveras
     María Carrión Christiansen
     José A. Montalvo