UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| CIVIL CASE NO: 97-1158(SEC) | DATE: May 16, 2000 |
|---|---|
| CARMEN ALICEA PARRILLA, et al.<br>Plaintiffs | Attorneys: Francisco Agrait and<br>Jaime Agrait, Esqs. |
| v. | |
| PEDRO PARRILLA-PADILLA, et al.<br>Defendants | José Enrique Otero, Esq. |

## STATUS CONFERENCE

A status conference was **held** in Chambers today, in which counsel for the parties informed that settlement negotiations were ongoing. The Court then set a **pretrial and settlement conference** for **June 26, 2000**, at **5:00 p.m.**

SALVADOR E. CASELLAS
U.S. District Judge