IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: June 26, 2000

| | |
|---|---|
| CARMEN ALICEA, et al | |
| Plaintiffs | |
| vs. | CIVIL NO. 97-1158 (SEC) |
| PEDRO PARRILLA-PADILLA, et al | |
| Defendants | |

By Order of the Court, **Status Conference** set for today **is continue sine die**.

*[signature]*

Kim Flores
Courtroom Deputy Clerk