UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN LEONOR ALICEA, et al.
    Plaintiffs
        v.                     Civil No. 97-1158(SEC)
DR. PEDRO L. PARRILLA PADILLA, et al.
    Defendant



## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 47**<br>"Motion for Court Order" | The parties are hereby **ORDERED** to inform the Court about the outcome of settlement negotiations by **October 2, 2000**. |

DATE: September 22, 2000

SALVADOR E. CASELLAS
United States District Judge

