**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
01 JAN 29 AM 7:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CARMEN LEONOR ALICEA, et al.
Plaintiffs

v. **Civil No. 97-1158(SEC)**

DR. PEDRO L. PARRILLA PADILLA, et al.
Defendants

**ORDER**

| MOTION | RULING |
| --- | --- |
| **Docket #47**<br>**Motion for Court Order** | The Parties are hereby Ordered to inform the Court of the outcome of settlement negotiations in the above-captioned case. Failure to do so within ten (10) days could result in the imposition of sanctions. |

DATE: January 26, 2001

SALVADOR E. CASELLAS
United States District Judge

49