# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARMEN LEONOR ALICEA, et al.
    Plaintiffs
          v.          Civil No. 97-1158(SEC)
DR. PEDRO L. PARRILLA PADILLA, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #50<br>Informative Motion | NOTED. The parties are hereby ordered to file their Joint Proposed Pre-Trial Order within **30 days**. |

DATE: February /2, 2001

                                      SALVADOR E. CASELLAS
                                      United States District Judge


