IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LEONOR ALICEA, et al. | * |
| Plaintiffs | * |
| v. | * Civil No. 97-1158(SEC) |
| DR. PEDRO L. PARRILLA PADILLA, et al. | * |
| Defendants | * |

## ORDER

On June 23, 1998 parties in the above-captioned action filed a settlement stipulation **(Docket #53)**. Because the interests of minor plaintiffs are involved, the Court hereby refers the above-captioned action to Magistrate Aida Delgado Colón for the holding of a judicial authorization hearing regarding the settlement stipulation in this matter. Magistrate Delgado-Colón should take necessary steps to obtain the parties' consent to proceed before her jurisdiction so that she may issue the final judgment in this matter.

**SO ORDERED.**

In San Juan, Puerto Rico, this 23 day of April, 2001.

/SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)