IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN LEONOR ALICEA ET AL
   Plaintiffs

v.                                    Civil No. 97-1158(SEC)

DR. PEDRO L. PARRILLA PADILLA ET AL
   Defendants

## ORDER

**A Hearing on Judicial Authorization of Minors' Settlement Claims is set for June 4, 2001, at 1:30 PM.**

In order to assure fairness of all proceedings and effective representation of the minors' interests, Attorney Norma Regina Brignoni, Special Prosecutor for Family Affairs, or her designated representative, is requested to attend said hearing on behalf of María Del Mar Rivera-Alicea.

The Clerk of Court shall serve copy of this Order to the Special Prosecutor for Family Affairs at the following address:

> Norma Regina Brignoni, Esq.
> Special Prosecutor for Family Affairs
> Commonwealth Department of Justice
> PO Box 192
> San Juan PR 00902-0192
> Tel: 769-3970/276-8275

**SO ORDERED.**

At San Juan, Puerto Rico, this 18th day of May, 2001.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge