IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CARMEN LEONOR ALICEA ET AL**
  **Plaintiffs**

  v.                                       Civil No. 97-1158(SEC)

**DR. PEDRO L. PARRILLA PADILLA ET AL**
  **Defendants**

_____

### ORDER FOR ENTRY OF JUDGMENT

On April 17, 2001, Attorney José Enrique Otero informed the Court that a settlement agreement had been reached and that a total payment in the amount of $27,000.00 was to be made to plaintiff (**Docket No. 53**).

Noting there was a minor plaintiff involved, the District Court referred the case for a judicial authorization hearing (**Docket No. 54**). The hearing was set and held on June 4, 2001 (**Docket No. 55** and Minutes of Proceedings).

On June 4, 2001, the parties consented to this Magistrate-Judge's trial jurisdiction, enabling consideration of the settlement proposal and the entry of judgment.

At the hearing held on June 4, 2001, the minor plaintiff María Del Mar Rivera-Alicea was represented by Attorney Jaime F. Agrait-Lladó and Attorney Norma Regina Brignoni, Special Prosecutor for Family Affairs, Commonwealth Department of Justice. The parents of the minor, Mr. Juan Rivera and Mrs. Carmen Alicea, an engineer and pharmacist, respectively, also attended the hearing.

Prior to the hearing Attorney Brignoni had an opportunity to examine the complaint, the case file and the settlement agreement. More so, she was able to interview the minor and her parents. Upon conducting said examination, Attorney Brignoni concluded the settlement

Civil No. 97-1158(SEC)  Page No. 2

---

agreement was favorable to the minor plaintiff, that the attorney's fees were within the range permitted by law and, thus, recommended approval of the settlement agreement.

All parties were advised of and are aware of the consequences of the settlement agreement.

Accordingly, having examined Mr. Juan Rivera, Mrs. Carmen Alicea and minor María Del Mar Rivera-Alicea, it is concluded that the settlement agreement benefits the minor plaintiff and is thus approved.

Judgment shall be entered providing for:

1. The disbursement of a check in the amount of $7,545.25, payable to the Law Firm of Agrait Lladó. This amount provides for a 25% attorney's fees and $795.25 for costs and expenses.

2. Deposit, in an interest bearing account, the sum of $19,454.75. This sum constitute the total payment to minor and said funds are to be used for the minor's benefit.

**SO ORDERED.**

At San Juan, Puerto Rico, this 5th day of June, 2001.

AÍDA M. DELGADO-COLÓN
U.S. Magistrate-Judge