IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LEONOR ALICEA, et al | * |
| Plaintiffs | * |
| vs. | * CIVIL NO. 97-1158 (SEC/ADC) |
| DR. PEDRO L. PARRILLA-PADILLA, et al | * |
| Defendants | * |

## JUDGMENT

The Court, through the Honorable Magistrate Judge Aida M. Delgado-Colon, has entered and Order for Entry of Judgment approving the settlement agreement; WHEREFORE, it is

ORDERED AND ADJUDGED that a **check be issued in the amount of $7,545.25, payable to the Law Firm of Agrait Lladó**. This amount provides for a 25% attorney's fees and $795.25 for costs and expenses. Further it is

ORDERED AND ADJUDGED that the sum of **$19,454.75 be deposited in an interest-bearing account for the benefit of the minor María del Mar Rivera-Alicea**. This sum constitutes the total payment to the minor.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 21st day of June 2001.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

Kim Flores
Deputy Clerk